**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Kristina N. Holmstrom** (State Bar No. 023384)
Direct Dial: 602.262.5762
Direct Fax: 602.734.3875
Email: kholmstrom@lrrc.com

**Jennifer Lee-Cota** (State Bar No. 133190)
Direct Dial: 602.262.5368
Direct Fax: 602.262.5747
Email: jlee-cota@lrrc.com

*Attorneys for Property & Casualty Insurance Company of Hartford, Hartford Insurance Company of the Midwest, and Trumbull Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Property & Casualty Insurance Company of Hartford, a foreign corporation, Hartford Insurance Company of the Midwest, a foreign corporation, and Trumbull Insurance Company, a foreign corporation,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>John Pike and Barbara Pike, husband and wife,<br><br>                    Defendants. | No.  3:16-cv-08226-DJH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL (WITHIN FIRM)** |

Defendants give notice that Aaron D. Arnson, formerly of Lewis Roca Rothgerber Christie LLP, is withdrawing as counsel of record in the above-captioned lawsuit and that Jennifer Lee-Cota of Lewis Roca Rothgerber Christie LLP is substituting as counsel of record in his place.  Kristina N. Holmstrom of Lewis Roca Rothgerber Christie LLP remains as counsel of record. Accordingly, defendants request that the Court remove Mr. Arnson from the service and distribution lists and substitute Ms. Lee-Cota in his place.

100523905_1

DATED this 3rd day of March, 2017.

                                              LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/* Jennifer Lee-Cota
    Kristina N. Holmstrom
    Jennifer Lee-Cota
*Attorneys for Plaintiffs Property & Casualty Insurance Company of Hartford, Hartford Insurance Company of the Midwest, and Trumbull Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I additionally mailed a copy of the document to:

Corey B. Larson
LAW OFFICES WATERFALL, ECONOMIDIS, CALDWELL HANSHAW & VILLAMANA, PC
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
*Attorneys for Defendant Barbara Pike*

John Pike
2357 Half Moon Way
Bullhead City, AZ 86442
*Pro Per Defendant*

                                      */s/* Frances Lansberry
                                      LEWIS ROCA ROTHGERBER CHRISTIE LLP

201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Lewis Roca ROTHGERBER CHRISTIE