IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Property & Casualty Insurance Company of Hartford, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>John Pike, et al.,<br><br>　　　　　Defendants. | No. CV-16-08226-PCT-DJH<br><br>**ORDER** |

This matter is before the Court on its own review of the docket. The complaint in this matter was filed on October 4, 2016, and a Waiver of the Service of Summons signed by Defendant John Pike was filed on October 19, 2016. To date, no answer has been filed by <u>Defendant John Pike</u>, and no application for entry of default has been made as to <u>Defendant John Pike</u>.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall file a status report <u>no later than March 20, 2017</u> concerning the status of this case.

Dated this 3rd day of March, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　United States District Judge