# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Property & Casualty Insurance Company of Hartford, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John Pike, et al., <br><br> Defendants. | NO. CV-16-08226-PCT-DJH <br><br> **CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant John Pike.

DEFAULT ENTERED this 8th day of March, 2017.

                                            Brian D. Karth
                                            District Court Executive/Clerk of Court

March 8, 2017

                                        s/ L. Dixon
                                By   Deputy Clerk